■ The People of the State of New York, Respondent, v Gregory Carter, Appellant. [724 NYS2d 866] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Klein, J.), rendered May 21, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, without a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The Supreme Court properly denied the defendant's motion for a *Wade* hearing (*see, United States v Wade,* 388 US 218) upon finding that the confirmatory identification of the defendant was made by undercover officers at the police precinct three hours after the arrest (*see, People v Wharton,* 74 NY2d 921, 923). The dangers of misidentification are greatly reduced when those who view the suspect are law enforcement officers

trained to be accurate and objective in their observations (*see, People v McDonald,* 147 AD2d 500).

The defendant's remaining contentions are without merit. S. Miller, J. P., McGinity, Luciano and Townes, JJ., concur.